IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-363-EWN-OES

PAM FORAKER; and
LARRY SCHMIDT,

    Plaintiffs,

v.

JAMES R. SCHAUER;
KEITH L. MCNEW; and
BOARD OF COUNTY COMMISSIONERS;
OF THE COUNTY OF FREMONT, STATE OF COLORADO,

    Defendants.

---

ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION

---

The Court, following a review of defendants' "Unopposed Motion for Clarification From Remaining Defendants," as well as the file in this matter, and for good cause shown, hereby grants the motion for clarification of the Order and Memorandum of Decision on August 4, 2005, by altering the reference at page twenty-five in that Order to plaintiff Foraker's "liberty" interest claim to substitute the word "privacy" for the word "liberty" in regard to such reference. Further, at page thirty-one of the same Order and Memorandum, at part 2(b)(4), the text shall be altered to state that the defendants' Motion for Summary Judgment is granted as to Plaintiff Foraker's § 1983 "privacy" interest claim, the reference to the "liberty" interest claim in that section being stricken.

DONE ON THIS 12th DAY OF August, 2005.

                                                                     By the Court:

                                                                     s/Edward W. Nottingham
                                                                     U.S. District Court Judge