IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00363-EWN-OES (Consolidated with 04-cv-00840-EWN-OES)

PAM FORAKER, and
LARRY SCHMIDT,

Plaintiff(s),

v.

JAMES R. SCHAUER, et al.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 25, 2005

     Plaintiffs' motion for Withdrawal of Motion to Compel Discovery [filed August 24, 2005, Document 79] is GRANTED.  The Motion to Compel Discovery filed in April, 2005, is deemed WITHDRAWN.