IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00363-EWN-OES

PAM FORAKER; and
LARRY SCHMIDT,

    Plaintiffs,

v.

JAMES R. SCHAUER;
KEITH L. MCNEW; and
BOARD OF COUNTY COMMISSIONERS;
OF THE COUNTY OF FREMONT, STATE OF COLORADO,

    Defendants.
_____

## ORDER FOR DISMISSAL WITH PREJUDICE
## OF DEFENDANTS SCHAUER AND McNEW
_____

    This matter is before the Court on the Parties' Joint Stipulated Motion for Dismissal with Prejudice of Defendants James R. Schauer and Keith L. McNew. The Court having reviewed the Motion and being sufficiently advised:

    **HEREBY ORDERS** Defendants James R. Schauer and Keith L. McNew dismissed in every regard from this case, with prejudice, each party to pay his own attorneys fees and costs in their entirety. The caption of this matter shall be modified to eliminate the names of Defendants James R. Schauer and Keith L. McNew.

DATED this 7th day of November 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge