IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00363-EWN-OES

PAM FORAKER; and
LARRY SCHMIDT,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS;
OF THE COUNTY OF FREMONT, STATE OF COLORADO,

      Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter is before the Court on the Parties' Joint Stipulated Motion for Dismissal with Prejudice. The Court having reviewed the Motion and being sufficiently advised:

**HEREBY ORDERS** this matter dismissed in every respect, with prejudice, each party to pay his, her or its own attorneys fees and costs in their entirety.

DATED this 15th day of November 2005.

                                  BY THE COURT:

                                  s/ Edward W. Nottingham
                                  EDWARD W. NOTTINGHAM
                                  United States District Judge